Andrea R. Gold (*pro hac vice*)
Travis E. Stoller (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Tel: (202) 973-9000
agold@tzlegal.com
tstoller@tzlegal.com

Annick M. Persinger (SBN 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 254-6808
Facsimile: (510) 210-0571
apersinger@tzlegal.com

Adam A. Edwards (*pro hac vice* forthcoming)
William A. Ladnier (SBN 330334)
Virginia Ann Whitener (*pro hac vice* forthcoming)
**MILBERG PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Facsimile: (865) 522-0049
aedwards@milberg.com
wladnier@milberg.com
gwhitener@milberg.com

*Counsel for Plaintiffs
and the Proposed Class*

Nilda M. Isidro (NY SBN 4598769; *pro hac vice*)
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 801-9200
Fax: (212) 801-6400

Robert J. Herrington (SBN 234417)
Robert.Herrington@gtlaw.com
Jennifer C. Cooper (SBN 324804)
Jennifer.Cooper@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: (310) 586-7700
Fax: (310) 586-7600

*Counsel for Defendant Hisense USA Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| OMAR ABI-CHAHINE, DEREK FAITH, and STEPHEN SMITH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HISENSE USA CORPORATION,<br><br>Defendant. | Case No. 3:25-cv-09960-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |

**JOINT STIPULATION**

Plaintiffs Omar Abi-Chahine, Derek Faith, and Stephen Smith, and Defendant Hisense USA Corporation, by and through counsel of record, hereby stipulate to an extension of time on the briefing schedule and noticed hearing date related to Defendant's motion to dismiss (Dkt. 31) and Defendant's request for judicial notice (Dkt. 32). On April 8 and April 9, 2026, the Parties conferred via email and agreed that additional time to file responses and replies related to Defendant's motion to dismiss and request for judicial notice would benefit the Parties. Additionally, due to the changes to the briefing schedule and conflicts with counsels' schedules, the related hearing date should be moved to June 10, 2026.

IT IS HEREBY STIPULATED by all the Parties through their counsel of record, subject to Court approval, as follows:

1.     Plaintiffs' response to Defendant's motion to dismiss currently due on April 15, 2026 shall be filed no later than April 29, 2026.

2.     Plaintiffs' response to Defendant's request for judicial notice filed in connection with the motion to dismiss shall be filed no later than April 29, 2026.

3.     Defendant's reply in support of its motion to dismiss currently due on April 22, 2026 shall be filed no later than May 13, 2026.

4.     Defendant's reply in support of its request for judicial notice filed in connection with the motion to dismiss shall be filed no later than May 13, 2026.

5.     The previously noticed hearing date of May 6, 2026 shall be rescheduled to June 10, 2026.

6.     The Parties previously stipulated to an extension of time for Defendant to respond to the initial complaint (Dkt. 13).

7.     This is the first stipulation to extend time on the briefing schedule and hearing date related to Defendant's motion to dismiss.

ACCORDINGLY, THE PARTIES HEREBY AGREE AND STIPULATE THAT:

With the Court's permission, Plaintiffs' responses to Defendant's motion to dismiss and

1

request for judicial notice be extended to April 29, 2026, and Defendant's replies in support of its motion to dismiss and requests for judicial notice be extended to May 13, 2026. The hearing date shall be June 10, 2026.

Dated: April 9, 2026                         Respectfully,

                                             /s/ William A. Ladnier
                                             Adam A. Edwards (*pro hac vice* forthcoming)
                                             William A. Ladnier (SBN 330334)
                                             Virginia Ann Whitener (*pro hac vice* forthcoming)
                                             **MILBERG PLLC**
                                             800 S. Gay Street, Suite 1100
                                             Knoxville, TN 37929
                                             Tel: (865) 247-0080
                                             Facsimile: (865) 522-0049
                                             aedwards@milberg.com
                                             wladnier@milberg.com
                                             gwhitener@milberg.com

                                             Andrea R. Gold (*pro hac vice*)
                                             Travis E. Stoller (*pro hac vice*)
                                             **TYCKO & ZAVAREEI LLP**
                                             2000 Pennsylvania Avenue NW, Suite 1010
                                             Washington, DC 20006
                                             Tel: (202) 973-9000
                                             agold@tzlegal.com
                                             tstoller@tzlegal.com

                                             *Counsel for Plaintiffs and the Proposed Class*

Dated: April 9, 2026                         /s/ Nilda M. Isidro
                                             Nilda M. Isidro (NY SBN 4598769; *pro hac vice*)
                                             **GREENBERG TRAURIG, LLP**
                                             One Vanderbilt Avenue
                                             New York, NY 10017
                                             Tel: (212) 801-9200
                                             Fax: (212) 801-6400

                                             Robert J. Herrington (SBN 234417)
                                             Robert.Herrington@gtlaw.com
                                             Jennifer C. Cooper (SBN 324804)
                                             Jennifer.Cooper@gtlaw.com
                                             **GREENBERG TRAURIG, LLP**

2

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
ON DEFENDANT'S MOTION TO DISMISS

CASE NO. 3:25-CV-09960-WHO

1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: (310) 586-7700
Fax: (310) 586-7600

*Counsel for Defendant Hisense USA Corporation*

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
ON DEFENDANT'S MOTION TO DISMISS

CASE NO. 3:25-CV-09960-WHO

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

*/s/ William A. Ladnier*
William A. Ladnier

**[P~~ROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.



DATED: April 13, 2026

The Honorable William H. Orrick
United States District Judge

STIPULATION AND [P~~ROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE AND HEARING DATE
ON DEFENDANT'S MOTION TO DISMISS

CASE NO. 3:25-CV-09960-WHO